UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60050-CR-ALTMAN (s)
18 U.S.C. § 875(c)
47 U.S.C. § 223(a)(1)(E)

UNITED STATES OF AMERICA

vs.

MELANIE HARRIS,

      Defendant.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
Communicating a Threat to Injure
(18 U.S.C. §875(c))

On or about October 3, 2022, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**MELANIE HARRIS,**

did knowingly and intentionally transmit in interstate commerce a communication that contained a threat to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, in that she stated in a recorded voicemail message to Victim 1, "I'll behead your kid upside her clit kike," and "I'll behead your fucking kid upside her kike," in violation of Title 18, United States Code, Section 875(c).

### COUNT 2
Communicating a Threat to Injure
(18 U.S.C. §875(c))

On or about October 3, 2022, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**MELANIE HARRIS,**

did knowingly and intentionally transmit in interstate commerce a communication that contained a threat to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, in that she stated in a recorded voicemail message to Victim 1, "You better make that kike, those kikers shut up talking and to my house kike or else, I'll take, I'll go to you and fucking box behead your motherfucking kike dad," in violation of Title 18, United States Code, Section 875(c).

<u>**COUNT 3**</u>
Communicating a Threat to Injure
(18 U.S.C. §875(c))

On or about October 3, 2022, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**MELANIE HARRIS,**

did knowingly and intentionally transmit in interstate commerce a communication that contained a threat to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, in that she stated in a recorded voicemail message to Victim 1, "I'll behead you fucking kike," in violation of Title 18, United States Code, Section 875(c).

<u>**COUNT 4**</u>
Communicating a Threat to Injure
(18 U.S.C. §875(c))

On or about October 3, 2022, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**MELANIE HARRIS,**

did knowingly and intentionally transmit in interstate commerce a communication that contained a threat to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, in that she stated in a recorded voicemail message to Victim 1, "I'll cut your fucking head off kiker," in violation of Title 18, United States Code, Section 875(c).

**COUNT 5**
Communicating a Threat to Injure
(18 U.S.C. §875(c))

On or about November 22, 2022, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**MELANIE HARRIS,**

did knowingly and intentionally transmit in interstate commerce a communication that contained a threat to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, in that she stated in a recorded voicemail message to Victim 1, "I'll stab you," in violation of Title 18, United States Code, Section 875(c).

**COUNT 6**
Communicating a Threat to Injure
(18 U.S.C. §875(c))

On or about December 6, 2022, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**MELANIE HARRIS,**

did knowingly and intentionally transmit in interstate commerce a communication that contained a threat to injure the person of another, with the intent to communicate a true threat and with the

knowledge that the communication would be viewed as a true threat, in that she stated in a recorded voicemail message to Victim 1, "Get the fuck out of Palestine, you bleeding ass heinie heebe kike or I'll blow your other kid up, kike," in violation of Title 18, United States Code, Section 875(c).

### COUNT 7
Making and Communicating Repeated Harassing Calls
(47 U.S.C. §223(a)(1)(E))

From on or about October 3, 2022, through on or about January 3, 2023, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**MELANIE HARRIS,**

in interstate communications, made repeated telephone calls, as set forth below, and repeatedly initiated communication with a telecommunications device, during which communication ensued, solely to harass any specific person, that is, Victim 1, the person routinely using telephone number XXX-XXX-XX50:

| Date of Telephone Call | Type of Communication |
|---|---|
| 1. October 3, 2022 | Recording of Telephone Call 14 |
| 2. October 3, 2022 | Recording of Telephone Call 15 |
| 3. October 3, 2022 | Voicemail 1130 |
| 4. October 3, 2022 | Voicemail 1132 |
| 5. October 3, 2022 | Voicemail 1133 |
| 6. October 3, 2022 | Voicemail 1135 |
| 7. October 3, 2022 | Voicemail 1137 |
| 8. October 3, 2022 | Voicemail 1138 |
| 9. October 3, 2022 | Voicemail 1139 |
| 10. October 3, 2022 | Voicemail 1140 |
| 11. October 3, 2022 | Voicemail 1141 |
| 12. October 3, 2022 | Voicemail 1145 |

| Date of Telephone Call | Type of Communication |
|---|---|
| 13. October 3, 2022 | Voicemail 1147 |
| 14. October 3, 2022 | Voicemail 1148 |
| 15. October 3, 2022 | Voicemail 1149 |
| 16. October 7, 2022 | Recording of Telephone Call 17 |
| 17. November 11, 2022 | Recording of Telephone Call 20 |
| 18. November 11, 2022 | Recording of Telephone Call 21 |
| 19. November 11, 2022 | Recording of Telephone Call 22 |
| 20. November 12, 2022 | Recording of Telephone Call 26 |
| 21. November 12, 2022 | Recording of Telephone Call 28 |
| 22. November 13, 2022 | Recording of Telephone Call 30 |
| 23. November 22, 2022 | Voicemail 1172 |
| 24. November 26, 2022 | Voicemail 1178 |
| 25. November 26, 2022 | Voicemail 1179 |
| 26. November 26, 2022 | Voicemail 1181 |
| 27. November 27, 2022 | Voicemail 1184 |
| 28. November 27, 2022 | Voicemail 1185 |
| 29. November 28, 2022 | Voicemail 1186 |
| 30. November 28, 2022 | Voicemail 1187 |
| 31. November 28, 2022 | Voicemail 1188 |
| 32. November 28, 2022 | Voicemail 1189 |
| 33. November 28, 2022 | Voicemail 1190 |
| 34. November 28, 2022 | Voicemail 1195 |
| 35. November 28, 2022 | Voicemail 1196 |
| 36. November 28, 2022 | Voicemail 1197 |
| 37. November 29, 2022 | Voicemail 1198 |
| 38. November 29, 2022 | Voicemail 1199 |
| 39. November 29, 2022 | Voicemail 1200 |
| 40. November 30, 2022 | Voicemail 1201 |
| 41. November 30, 2022 | Voicemail 1202 |
| 42. November 30, 2022 | Voicemail 1203 |
| 43. November 30, 2022 | Voicemail 1204 |
| 44. November 30, 2022 | Voicemail 1205 |
| 45. November 30, 2022 | Voicemail 1207 |
| 46. November 30, 2022 | Voicemail 1208 |

| Date of Telephone Call | Type of Communication |
|---|---|
| 47. November 30, 2022 | Voicemail 1211 |
| 48. November 30, 2022 | Voicemail 1212 |
| 49. December 6, 2022 | Voicemail 1215 |
| 50. December 6, 2022 | Voicemail 1217 |
| 51. December 6, 2022 | Voicemail 1219 |
| 52. December 6, 2022 | Voicemail 1221 |
| 53. December 7, 2022 | Voicemail 1223 |
| 54. January 3, 2023 | Voicemail 1248 |

In violation of Title 47, United States Code, Section 223(a)(1)(E).

A TRUE BILL

███████████████████
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
HARRY C. WALLACE, JR.
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 23-60050-CR-ALTMAN (s)

v.

**CERTIFICATE OF TRIAL ATTORNEY**

MELANIE HARRIS

_____/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants 0
Total number of counts 0

**Court Division** (select one)
- ☐ Miami  ☐ Key West  ☐ FTP
- ☒ FTL  ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☒ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Altman   Case No. 23-60050-CR-ALTMAN

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____   Case No. _____

9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? Yes

By: _____
Harry C. Wallace, Jr.
Assistant United States Attorney
FL Bar No.   0623946

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MELANIE HARRIS

**Case No:** 23-60050-CR-ALTMAN (s)

**Counts 1-6:**

Communication of a Threat to Injure

Title 18, United States Code, Sections 875(c)
* Max. Term of Imprisonment: 5 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

**Count 7:**

Repeatedly Making and Communicating Harassing Calls

Title 47, United States Code, Sections 223(a)(1)(E)
* Max. Term of Imprisonment: 2 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 1 year
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.