1  E. MARTIN ESTRADA
   United States Attorney
2  SEAN D. PETERSON
   Assistant United States Attorney
3  Chief, Riverside Branch
   CORY L. BURLESON (Cal. Bar No. 322239)
4  Assistant United States Attorney
   Riverside Branch Office
5       3403 Tenth Street, Suite 200
        Riverside, California 92501
6       Telephone: (951) 276-6945
        Facsimile: (951) 276-6202
7       Email:   Cory.Burleson@usdoj.gov

8  Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

FILED BY ___JBS___ D.C.

Jul 28, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**FILED**
CLERK, U.S. DISTRICT COURT

7/21/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ____JB____ DEPUTY

10               UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,          ED MJ No. 5:23-MJ-00356-DUTY

13          Plaintiff,               NOTICE OF LODGING OF SOUTHERN
                                     DISTRICT OF FLORIDA COURT ORDER
14               v.                  GRANTING GOVERNMENT'S MOTION FOR
                                     STAY
15 MELANIE HARRIS,

16

17          Defendant.

18

19

20       Plaintiff United States of America, by and through its counsel

21 of record, the United States Attorney for the Central District of

22 California and Assistant United States Attorney Cory L. Burleson,

23 ///

24 ///

25

26

27

28

1  hereby lodges the attached ORDER GRANTING GOVERNMENT MOTION FOR STAY,

2  issued by the Honorable Roy K. Altman, United States District Judge

3  for the Southern District of Florida, in United States v. Melanie

4  Harris, case no. 0:23-cr-60050-RKA (ECF 49).

5  Dated: July 21, 2023                    Respectfully submitted,

6                                          E. MARTIN ESTRADA
                                           United States Attorney
7
                                           SEAN D. PETERSON
8                                          Assistant United States
                                           Attorney
9                                          Chief, Riverside Branch Office

10

11                                         CORY L. BURLESON
                                           Assistant United States
12                                         Attorney

13                                         Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attachment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-cr-60050-ALTMAN

**UNITED STATES OF AMERICA,**

*v.*

**MELANIE HARRIS,**

      *Defendant.*

_____/

## <u>ORDER</u>

Late last night, the Government filed a Motion for Stay of the Magistrate Judge's Order Setting Conditions of Release and Appearance Bond [ECF No. 47]. In the Motion, the Government explained that a magistrate judge in the Central District of California had ignored our unambiguous instruction that the Defendant be held *without bond. Id.* at 2. We added that instruction to the arrest warrant *we had issued* for a reason: The Defendant—who is charged with threatening to kill and maim a family affected by a mass shooting at a synagogue in Pennsylvania—had been allowed to remain out on bond once before, when she was first arrested in our case. *See* Minute Order for Initial Appearance and Arraignment [ECF No. 21] at 1. That probably wasn't a bond we would have accepted in the circumstances, but no one appealed it, and we let it go. A few weeks after her release, however, the Defendant was arrested by police officers in Riverside, California, on charges of domestic violence, resisting arrest, and assault on a police officer. Motion at 2; *see* Petition for Action on Conditions of Pretrial Release [ECF No. 40]. On top of all this, the U.S. Probation Officer notified us that, because of her erratic and dangerous conduct and (perhaps) some psychotropic drug use, the Defendant had been institutionalized. *See* Violation Memorandum at 2. Hearing all this—and at the request of the

Probation Office—we issued an arrest warrant that, in no uncertain terms, made clear our view that the Defendant should (this time) be held with "no bond." Arrest Warrant [ECF No. 41] at 1.

But, when the Defendant appeared for a bond hearing in the Central District of California, the magistrate judge—seemingly ignoring *both* the facts and circumstances of this case *and* our unambiguous direction—gave the Defendant (essentially) the same bond she had already violated once before. Motion at 3. The Government understandably seeks to appeal that decision and has asked for time to file a brief. *Ibid.* The magistrate judge gave the Government about 24 hours. Finding that time to be entirely insufficient, the Government has asked us to stay the magistrate judge's bond determination until we resolve its forthcoming appeal. *Ibid.* And that sounds fair to us.

We, in short, agree with the Government that, if the Defendant is released, she "will pose an increased danger to the community, including potentially the victims in this case, and there is a risk that she will not voluntarily travel across the country to appear in this district." *Ibid.* That's particularly true now that she's facing "the possibility that this Court will revoke her bond for her new criminal conduct." *Ibid.* After careful review, therefore, we hereby **ORDER** and **ADJUDGE** as follows:

1. The Government's Motion [ECF No. 47] is **GRANTED**.

2. The Magistrate Judge's Order Setting Conditions of Release and Appearance Bond, entered in the Central District of California, is hereby **STAYED** pending our resolution of the Government's forthcoming bond appeal.

3. The Defendant shall remain in pre-trial detention until we resolve that appeal.

4. The Government shall **FILE** a copy of this Order on the docket in the Central

District of California by **July 21, 2023**.

**DONE and ORDERED** in the Southern District of Florida on July 21, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Edward Stamm, AUSA
      Nardia Haye, AUSA
      Andrew Jacobs, Assistant Federal Public Defender
      United States Marshal's Service

07/21/2023

CLERK, U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KC_____ DEPUTY

LODGED

CLERK, U.S. DISTRICT COURT

7/21/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JB_____ DEPUTY

1  E. MARTIN ESTRADA
   United States Attorney
2  SEAN D. PETERSON
   Assistant United States Attorney
3  Chief, Riverside Branch
   CORY L. BURLESON (Cal. Bar No. 322239)
4  Assistant United States Attorney
   Riverside Branch Office
5       3403 Tenth Street, Suite 200
        Riverside, California 92501
6       Telephone: (951) 276-6945
        Facsimile: (951) 276-6202
7       Email:   Cory.Burleson@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10              UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          ED MJ No. 5:23-MJ-00356-DUTY

13          Plaintiff,                 [PROPOSED] ORDER GRANTING
                                       GOVERNMENT'S UNOPPOSED EX PARTE
14             v.                      APPLICATION FOR ORDER UNSEALING
                                       CASE AND UNSEALING CASE
    MELANIE HARRIS,

15

16          Defendant.

17

18       The Court has read and considered the United States' unopposed

19  ex parte application for an order unsealing the above-captioned case.

20  For the reasons stated in the application, the Court grants the

21  United States' application and orders that the above-captioned case

22  be unsealed.

23       IT IS SO ORDERED.

24   July 21, 2023
     DATE

25                                     HONORABLE SHERI PYM
                                       UNITED STATES MAGISTRATE JUDGE

26  Presented by:

27       /s/

    CORY L. BURLESON
28  Assistant United States Attorney

1   E. MARTIN ESTRADA
    United States Attorney
2   SEAN D. PETERSON
    Assistant United States Attorney
3   Chief, Riverside Branch
    CORY L. BURLESON (Cal. Bar No. 322239)
4   Assistant United States Attorney
    Riverside Branch Office
5       3403 Tenth Street, Suite 200
        Riverside, California 92501
6       Telephone: (951) 276-6945
        Facsimile: (951) 276-6202
7       Email:   Cory.Burleson@usdoj.gov

8
    Attorneys for Plaintiff
9   UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          ED MJ No. 5:23-MJ-00356-DUTY

13            Plaintiff,               GOVERNMENT'S UNOPPOSED EX PARTE
                                       APPLICATION FOR ORDER UNSEALING
14                 v.                  CASE

15  MELANIE HARRIS,

16
              Defendant.
17

18

19

20        Plaintiff United States of America, by and through its counsel

21  of record, the United States Attorney for the Central District of

22  California and Assistant United States Attorney Cory L. Burleson,

23  hereby applies ex parte for an order unsealing the above-captioned

24  case.

25        On July 20, 2023, defendant appeared before the Honorable Sheri

26  Pym, United States Magistrate Judge, in the Central District of

27  California in the above-captioned case.  Defendant appeared in the

28  Central District of California following an allegation that she

FILED
CLERK, U.S. DISTRICT COURT

7/21/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ____ jb ____ DEPUTY

violated the terms and conditions of her pretrial release in a case
pending against her in the United States District Court for the
Southern District of Florida, <u>United States v. Melanie Harris</u>, case
no. 0:23-cr-60050-RKA (the "SDFL case").

This Court granted defendant's release on bond but stayed that
order at the United States' request until 3:00 p.m., on July 21,
2023.

On July 20, 2023, in the SDFL case, the United States filed a
Motion for Stay of Magistrate Judge's Order Setting Conditions of and
Appearance Bond.  On July 21, 2023, the Honorable Roy K. Altman,
United States District Judge for the Southern District of Florida,
who is presiding over the SDFL case, issued a text entry order
granting the United States' motion for a stay.  Subsequently, Judge
Altman issued a written order granting the stay, which also ordered
the United States to file a copy of the written order on the docket
in the above-captioned case.

The case and docket in this matter are currently sealed.  The
United States requests that this Court issue an order unsealing the
case, so that the United States can comply with Judge Altman's
written order.  Additionally, the United States requests that the
case be unsealed so that it may request a transcript/recording of
yesterday's bond hearing, which the United States needs in the SDFL
case to appeal the order granting defendant's release on bond.

///
///

1    In accordance with Local Rules, before filing this application,

2  counsel for the United States contacted defendant's counsel, Deputy

3  Public Defender Charles Eaton, regarding this application. Defense

4  counsel does not object to this case being unsealed.

5    Accordingly, the United States respectfully requests that the

6  Court enter an order unsealing the above-captioned case. A proposed

7  order is submitted herewith.

8  Dated: July 21, 2023                    Respectfully submitted,

9                                          E. MARTIN ESTRADA
                                           United States Attorney
10
                                           SEAN D. PETERSON
11                                         Assistant United States
                                           Attorney
12                                         Chief, Riverside Branch Office

13

14                                         CORY L. BURLESON
                                           Assistant United States
15                                         Attorney

16                                         Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA
17

18

19

20

21

22

23

24

25

26

27

28



FILED
CLERK, U.S. DISTRICT COURT

JUL 20 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | | |
|---|---|---|
| | Plaintiff, | **CASE NUMBER:** |
| v. | | 23 - CR - 356 |
| Melanie Harris | | **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS** |
| | Defendant. | |

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

### IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

### IF YOU ARE CHARGED WITH A VIOLATION OF
### YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

*continued on Page 2*

### IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

### IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

---

**ACKNOWLEDGMENT OF DEFENDANT:**

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: _7/19/23_        _Melanie Harris_
                                    *Signature of Defendant*

*[or]*

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____      _____
                                      *Signature of Defendant*

**STATEMENT OF THE INTERPRETER:**

I have translated this Advisement of Rights to the Defendant in the _____ language.

Dated: _____      _____
                                      *Signature of Interpreter*

                                      *Print Name of Interpreter*

**STATEMENT OF COUNSEL:**

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: _7/19/23_      _____
                                      *Signature of Attorney*

FILED
CLERK, U.S. DISTRICT COURT

JUL 20 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    PLAINTIFF

v.

Melanie Harris

                                    DEFENDANT.

CASE NUMBER:

23 - MJ - 356

**WAIVER OF RIGHTS**
**(OUT OF DISTRICT CASES)**

I understand that charges are pending in the _____ So _____ District of ___ FL _____
alleging violation of ___ 18 USC ~~3553~~ 3148 _____ and that I have been arrested in this district and
      *(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
  (1)    have an identity hearing to determine whether I am the person named in the charges;
  (2)    arrival of process;

*-Check one only-*

☐    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
  (3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to
         determine whether there is probable cause to believe an offense has been committed by me, the
         hearing to be held in this district or the district of prosecution; and
  (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead
         guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**
  (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am
         held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether
         there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

  ☑    have an identity hearing
  ☑    arrival of process
  ☐    have a preliminary hearing
  ☐    have an identity hearing, and I have been informed that I have no right to a preliminary hearing
  ☐    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting
       district.

_Melanie Harris_
Defendant

_Chl Est_
Defense Counsel

Date: _7/19/23_

_A.S._
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____    _____
                              Interpreter(if required)

M-14 (09/09)                    WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

FILED
CLERK, U.S. DISTRICT COURT

JUL 20 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 23 - MJ - 356 |
| v. | |
| Melanie Harris | **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |
| DEFENDANT. | |

I, _____Melanie Harris_____ , declare that
*(Defendant/Material Witness)*

☑ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __19th__ day of __July__ , 20 __23__
at __Riverside   CA__
*(City and State)*

_Melanie Harris_
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:

I, _____ , am fluent in written and spoken English and _____

languages. I accurately translated this form from English into _____

to declarant _____ on this date.

Date: _____     _____
                                              *Interpreter*

CR-37 (05/15)                    DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Eastern Division |
| vs. Plaintiff, | Case Number: 5:23-MJ-00356 |
| | Initial App. Date: 07/20/2023 |
| Melanie Harris | Initial App. Time: 2:00 PM |
| | |
| Defendant. | Date Filed: 07/20/2023 |
| | Violation: 18:3148 |
| | CourtSmart/ Reporter _Syble Smith_ |

Out of District Affidavit
Custody

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Sheri Pym | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: Carter, Kimberly _Cory Burkson_ None
Deputy Clerk _Assistant U.S. Attorney_ Interpreter/Language

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations, see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☑ preliminary hearing OR ☑ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.

☑ Attorney: Charles Eaton, DFPD ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
  ☐ Special appearance by: _____

☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED _Pending Stay._

☑ Contested detention hearing is held. ☑ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order).

☐ BAIL FIXED AT $_____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
  District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at 4:30 PM

☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☑ Defendant executed Waiver of Rights. ☐ Process received.

☑ Court ORDERS defendant Held to Answer to _Southern_ District of _Florida_
  ☑ Bond to transfer, if bail is posted. Defendant to report on or before _n/t 8/5/2023_
  ☐ Warrant of removal and final commitment to issue. Date issued _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____

☐ Case continued to (Date) _____ (Time) _____ AM / PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ RELEASE ORDER NO: _____

☑ Other: _____

☑ PSA ☐ USPO ☑ FINANCIAL ☑ CR-10 ☐ CR-29 ☑ READY

Deputy Clerk Initials: _KC_

*X BOND STAYED until 5:00pm on 7/21/2023 X*

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **Melanie Harris**　　　Case No. 5:23-MJ-00356

■ Defendant　　☐ Material Witness

Violation of Title and Section: *18 USC 3148*

☐ Summons　■ Out of District　☐ **UNDER SEAL**　☐ Modified Date: ___

| | |
|---|---|
| **Check only one of the five numbered boxes below and any appropriate lettered box (unless one bond is to be replaced by another):** | |

1. ☐ Personal Recognizance (*Signature Only*)

2. ☐ Unsecured Appearance Bond
　　$ ___

3. ☐ Appearance Bond ___
　(a). ☐ Cash Deposit (*Amount or %*) (*Form CR-7*)
　　$ ___
　(b). ☐ Affidavit of Surety Without Justification (*Form CR-4*) Signed by:

*Remain on conditions previously set in the Southern District of Florida with additional conditions set today SEE Page 2*

___

(c). ☐ Affidavit of Surety With Justification (*Form CR-3*) Signed by:
___
___
___
___

☐ With Full Deeding of Property:
___
___
___
___

4. ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*):
　$ ___

5. ☐ Corporate Surety Bond in the Amount of:
　$ ___

**Release Date:** ___
☐ Released by:
　[ ___ ] / ___
　(*Judge / Clerk's Initials*)
☐ Release to U.S. Probation and Pretrial Services ONLY
☐ Forthwith Release

☐ All Conditions of Bond (*Except Clearing-Warrants Condition*) Must be Met and Posted by:

☐ Third-Party Custody Affidavit (*Form CR-31*)

■ Bail Fixed by Court:
　[ SP ] / KC
　(*Judge / Clerk's Initials*)

## PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).

☐ The <u>Nebbia</u> hearing is set for ___ at ___ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☐ Submit to United States Probation and Pretrial Services supervision as directed by Supervising Agency.

☐ Surrender all passports and travel documents to Supervising Agency no later than ___, sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

☐ Travel is restricted to ___ unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel as well as for any domestic travel if the defendant is in a Location Monitoring Program or as otherwise provided for below.

☐ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

Defendant's Initials: *MH*　Date: 7/19/23

CR-1 (12/22)　　CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM　　PAGE 1 OF 6

**Case Name:** United States of America v. Melanie Harris     Case No. 5:23-MJ-00356

☑ Defendant     ☐ Material Witness

☐ Maintain or actively seek employment unless excused by Supervising Agency for schooling, training, or other reasons approved by Supervising Agency. Verification to be provided to Supervising Agency. ☐ Employment to be approved by Supervising Agency.

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ ; ☐ except for _____ .

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may have contact with the following codefendants without your counsel present: _____ .

☐ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ Surrender any such item as directed by Supervising Agency by _____ and provide proof to Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☐ Do not use or possess any identification, mail matter, access device (including, but not limited to, credit and debit cards), or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency.
　　☐ In order to determine compliance, you agree submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____ .

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol. ☐ Submit to alcohol testing. If directed to do so, participate in outpatient treatment as approved by Supervising Agency. Testing may include any form of prohibited-substance screening or testing. You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency.

☒ Do not use or possess illegal drugs or state-authorized marijuana. ☒ Submit to drug testing. Testing may include any form of prohibited-substance screening or testing. You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency. If directed to do so, participate in outpatient treatment as approved by Supervising Agency.
　　☒ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☒ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or any street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☐ Participate in residential substance abuse treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to Supervising Agency only.**

☐ Participate in mental health treatment, which may include evaluation, counseling, or treatment as directed by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

Defendant's Initials: _MH_     Date: _7/19/23_

**Case Name:** United States of America v. <u>Melanie Harris</u>     Case No. <u>5:23-MJ-00356</u>

☑ Defendant     ☐ Material Witness

☐ Participate in the Location Monitoring Program marked below and abide by all of the requirements of the program and any indicated restrictions, under the direction of the Supervising Agency. You must pay all or part of the costs of the program based upon your ability to pay as determined by the Supervising Agency. You are financially responsible for any lost or damaged equipment.

### 1. Location Monitoring Restrictions (Select One)

☐ **Location Monitoring only - no residential restrictions**

☐ **Curfew**: Curfew requires you to remain at home during set time periods. **(Select One)**
    ☐ As directed by Supervising Agency; **or**
    ☐ You are restricted to your residence every day from _____ to _____

☐ **Home Detention**: Home detention requires you to remain at home at all times except for employment, education, religious services, medical needs or treatment, attorney visits, court appearances and obligations, essential needs, and _____, all of which must be preapproved by the Supervising Agency.

☐ **Home Incarceration**: Home Incarceration requires you to be at home 24 hours a day except for medical needs or treatment, attorney visits, court appearances or obligations, and _____, all of which must be preapproved by Supervising Agency.

### 2. Location Monitoring Technology (Select One)

☐ Location Monitoring technology at the discretion of the Supervising Agency. (If checked, skip to 3)

☐ Location Monitoring **with** an ankle monitor (Select one below)
    ☐ at the discretion of the Supervising Agency **or**
    ☐ Radio Frequency (RF) **or**
    ☐ Global Positioning System (GPS)

**or**

☐ Location Monitoring **without** an ankle monitor (Select one below)
    ☐ at the discretion of the Supervising Agency **or**
    ☐ Virtual/Biometric (smartphone required to participate) **or**
    ☐ Voice Recognition (landline required to participate)

### 3. Location Monitoring Release Instructions (Select One)

☐ Release to Supervising Agency only **or** ☐ Enroll in the location monitoring program within 24 hours of release.

☐ You are placed in the third-party custody (*Form CR-31*) of _____

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within _____ days of release from custody.

Defendant's Initials: *MH*     Date: 7/9/23

**Case Name:** United States of America v. <u>Melanie Harris</u>          Case No. 5:23-MJ-00356

■ Defendant          ☐ Material Witness

☐ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to Supervising Agency upon commencement of supervision. You must disclose any new devices, accounts, application, passwords, or passcodes to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view, obtain, store, or transmit digital data. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

☐ All digital devices will be subject to monitoring by Supervising Agency. You must comply with the rules and regulations of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☐ Do not use or possess more than one virtual currency wallet/account, and that one wallet/account must be used for all virtual currency transactions. Do not obtain or open a virtual currency wallet/account without prior approval of Supervising Agency. You must disclose all virtual currency wallets/accounts to Supervising Agency when supervision starts and must make them available to Supervising Agency upon request. You may use or possess only open public blockchain virtual currencies and are prohibited from using private blockchain virtual currencies unless prior approval is obtained from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including computer hardware and software, which may be in conjunction with law enforcement.

### Cases Involving a Sex-Offense Allegation

☐ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to Supervising Agency upon commencement of supervision. You must disclose any new devices, accounts, application, passwords, or passcodes to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view, obtain, store, or transmit visual depictions of sexually explicit conduct involving children. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

☐ All digital devices will be subject to monitoring by Supervising Agency. You must comply with the rules and regulations of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person under the age of 18 except in the presence of the parent or legal guardian of the minor after you have notified the parent or legal guardian of the pending charges or convictions involving a sex offense and only as authorized by Supervising Agency

☐ Do not enter or loiter within 100 feet of schoolyards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, amusement and theme parks, or other places frequented by persons under the age of 18 and only as authorized to do so by Supervising Agency.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica, including but not limited to pictures, photographs, books, writings, drawings, or videos depicting or describing child pornography. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including computer hardware and software, by Supervising Agency, which may be in conjunction with law enforcement..

Defendant's Initials: <u>M H</u>     Date: <u>7/19/23</u>

**Case Name:** United States of America v. <u>Melanie Harris</u>　　Case No. 5:23-MJ-00356

■ Defendant　　☐ Material Witness

☐ Other conditions:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform United States Probation and Pretrial Services and my counsel of any change in my contact information, including my residence and telephone number, including cell phone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release. I will inform Supervising Agency of law enforcement contact within 72 hours of being arrested or questioned by a law enforcement officer.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: _MH_　　Date: _7/19/23_

**Case Name:** United States of America v. **Melanie Harris**     Case No. 5:23-MJ-00356

■ Defendant     ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

| | | |
|---|---|---|
| 7/19/23 | *Melanie Harris* | 951 500 6609 |
| *Date* | *Signature of Defendant / Material Witness* | *Telephone Number* |

*Riverside, California*
*City and State (DO NOT INCLUDE ZIP CODE)*

☐ **Check if interpreter is used:** I have interpreted into the _____ language this entire form
and have been told by the defendant that he or she understands all of it.

_____     _____
*Interpreter's Signature*                                         *Date*

Approved: _____     _____
               *United States District Judge / Magistrate Judge*          *Date*

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: *MH*   Date: 7/19/23

FILED
CLERK, U.S. DISTRICT COURT

July 20, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KC_____ DEPUTY

1  E. MARTIN ESTRADA
   United States Attorney
2  SEAN D. PETERSON
   Assistant United States Attorney
3  Chief, Riverside Branch
   CORY L. BURLESON (Cal. Bar No. 322239)
4  Assistant United States Attorney
   Riverside Branch Office
5      3403 Tenth Street, Suite 200
       Riverside, California 92501
6      Telephone: (951) 276-6945
       Facsimile: (951) 276-6202
7      Email:     Cory.Burleson@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10                 UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          Case No. 5:23-MJ-00356-DUTY

13            Plaintiff,               GOVERNMENT'S NOTICE OF REQUEST
                                       FOR DETENTION
14            v.

    MELANIE HARRIS,
15
              Defendant.
16

17

18       Plaintiff, United States of America, by and through its

19  counsel of record, hereby requests detention of defendant and gives

20  notice of the following material factors:

21  _____  1.   Temporary 10-day Detention Requested (§ 3142(d)) on the

22            following grounds:

23       _____  a. present offense committed while defendant was on

24            release pending (felony trial), (sentencing),

25            (appeal), or on (probation) (parole); or

26

27

28

                                1

```
                _____    b. defendant is an alien not lawfully admitted for
                         permanent residence; and

                _____    c. defendant may flee; or

                _____    d. pose a danger to another or the community.

X    _____  2.  Pretrial Detention Requested (§ 3142(e)) because no
                condition or combination of conditions will reasonably
                assure:

     X   _____  a. the appearance of the defendant as required;

     X   _____  b. safety of any other person and the community.

         _____  3.  Detention Requested Pending Supervised Release/Probation
                Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18
                U.S.C. § 3143(a)):

         _____  a.  defendant cannot establish by clear and convincing
                    evidence that he/she will not pose a danger to any
                    other person or to the community;

         _____  b. defendant cannot establish by clear and convincing
                    evidence that he/she will not flee.

         _____  4.  Presumptions Applicable to Pretrial Detention (18 U.S.C.
                § 3142(e)):

                _____  a. Title 21 or Maritime Drug Law Enforcement Act
                          ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with
                          10-year or greater maximum penalty (presumption of
                          danger to community and flight risk);

                _____  b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or
                          2332b(g)(5)(B) with 10-year or greater maximum
                          penalty (presumption of danger to community and
                          flight risk);
```

c. offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

d. defendant currently charged with an offense described in paragraph 5a - 5e below, <u>AND</u> defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), <u>AND</u> that previous offense was committed while defendant was on release pending trial, <u>AND</u> the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

X    5. <u>Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves</u>:

a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

b. an offense for which maximum sentence is life imprisonment or death;

c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

3

1      \_\_\_\_\_   d. any felony if defendant has two or more convictions

2              for a crime set forth in a-c above or for an offense

3              under state or local law that would qualify under a,

4              b, or c if federal jurisdiction were present, or a

5              combination or such offenses;

6      \_\_\_\_\_   e. any felony not otherwise a crime of violence that

7              involves a minor victim or the possession or use of

8              a firearm or destructive device (as defined in 18

9              U.S.C. § 921), or any other dangerous weapon, or

10             involves a failure to register under 18 U.S.C. §

11             2250;

12   X \_\_\_   f. serious risk defendant will flee;

13    \_\_\_\_\_   g. serious risk defendant will (obstruct or attempt to

14             obstruct justice) or (threaten, injure, or

15             intimidate prospective witness or juror, or attempt

16             to do so).

17 \_\_\_\_\_ 6. Government requests continuance of \_\_\_\_\_ days for

18        detention hearing under § 3142(f) and based upon the

19        following reason(s):

20      _____

21      _____

22      _____

23      _____

24 //

25 //

26 //

27

28

_____ 7. Good cause for continuance in excess of three days exists in that:

_____

_____

_____

_____

Dated: July 20, 2023         Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office


_____/s/_____
CORY L. BURLESON
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

**FILED**

2023 JUL 20  AM 8: 51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____ AP

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>V.<br>PLAINTIFF | CASE NUMBER:<br>5:23-mj-00356   13C 0:23CR60050-1 |
|---|---|
| Melanie Harris<br><br>USMS# _____   DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  The defendant was arrested in this district on July 20, 2023 _____ at 7:20 ☒ AM ☐ PM

    or

    The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4.  Charges under which defendant has been booked:

    Title 18 U.S.C. section 3148

5.  Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6.  Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7.  Year of Birth:   1965

8.  Defendant has retained counsel:   ☐ No
    ☒ Yes   Name: Andrew Jacobs   Phone Number: 305-533-4201

9.  Name of Pretrial Services Officer notified:   duty

10. Remarks (if any): _____

11. Name: _____ (please print)

12. Office Phone Number: 424-220-9572   13. Agency: FBI

14. Signature: _____   15. Date: 7/20/23

CR-64 (09/20)                **REPORT COMMENCING CRIMINAL ACTION**

FILED    Reset Form

2023 JUL 20  AM 8: 51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____ AP

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
| --- | --- |
| | 5:23-mj-00356 |
| PLAINTIFF(S) | 113C 0:23CR60050-1 |
| V. | |
| Harris, Melanie | **DECLARATION RE** |
| | **OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: _____

in the Sothern _____ District of Florida _____ on June 30, 2023

at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about June 9, 2023

in violation of Title 18 U.S.C., Section(s) 3148

to wit: Bond Violation _____

A warrant for defendant's arrest was issued by: Warren Conday

Bond of $ 50,000 was ☑ set / ☐ recommended.

Type of Bond: Personal surety Bond

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/20/23
        Date

_____
Signature of Agent

_____
Agency        FBI

Stephen Harrison
Print Name of Agent

Special Agent
Title

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
## CRIMINAL DOCKET FOR CASE #: 5:23–mj–00356–DUTY All Defendants

Case title: USA v. Harris

Date Filed: 07/20/2023

Date Terminated: 07/21/2023

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | | |
|---|---|---|
| **Melanie Harris**<br>*TERMINATED: 07/21/2023* | represented by | **Charles Eaton**<br>Federal Public Defenders Office<br>Riverside Office<br>3801 University Avenue Suite 700<br>Riverside, CA 92501<br>951–276–6226<br>Fax: 951–276–6368<br>Email: charles_eaton@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **US Attorney's Office**<br>AUSA – Office of US Attorney<br>Criminal Division – US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012–4700<br>213–894–2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|

| 07/20/2023 | 1 | AFFIDAVIT RE: OUT–OF–DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Melanie Harris, originating in the Southern District of Florida. Defendant charged in violation of: 18:3148. Signed by agent Stephen Harrison, FBI SPECIAL AGENT. filed by plaintiff USA. (mat) (Entered: 07/24/2023) |
|---|---|---|
| 07/20/2023 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Melanie Harris; defendants Year of Birth: 1965; date of arrest: 7/20/2023 (mat) (Entered: 07/24/2023) |
| 07/20/2023 | 3 | Defendant Melanie Harris arrested on warrant issued by the USDC Southern District of Florida at Miami. (Attachments: # 1 Charging Document)(mat) (Entered: 07/24/2023) |
| 07/20/2023 | 4 | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Melanie Harris. (mat) (Entered: 07/24/2023) |
| 07/20/2023 | 6 | MINUTES OF granting 4 REQUEST for Detention as to Melanie Harris (1); ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Sheri Pym as to Defendant Melanie Harris. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21–02 (written order). Contested detention hearing held. Defendant arraigned and states true name is as charged. Attorney: Charles Eaton for Melanie Harris, Deputy Federal Public Defender, present. Court orders defendant Temporarily detained, Pending Stay. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Southern District of Florida. Bond to Transfer. Defendant ordered to report on 8/5/23. Court Smart: 7/20/23. (mat) (Entered: 07/24/2023) |
| 07/20/2023 | 7 | FINANCIAL AFFIDAVIT filed as to Defendant Melanie Harris. (Not for Public View pursuant to the E–Government Act of 2002) (mat) (Entered: 07/24/2023) |
| 07/20/2023 | 8 | DECLARATION RE: PASSPORT filed by Defendant Melanie Harris, declaring that I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case. (mat) (Entered: 07/24/2023) |
| 07/20/2023 | 9 | WAIVER OF RIGHTS approved by Magistrate Judge Sheri Pym as to Defendant Melanie Harris. (mat) (Entered: 07/24/2023) |
| 07/20/2023 | 10 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Melanie Harris. (mat) (Entered: 07/24/2023) |
| 07/21/2023 | 11 | GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER UNSEALING CASE, Filed by Plaintiff USA as to Defendant Melanie Harris. (mat) (Entered: 07/24/2023) |
| 07/21/2023 | 12 | ORDER by Magistrate Judge Sheri Pym: granting 11 EX PARTE APPLICATION GRANTING GOVERNMENTS UNOPPOSED EX PARTE APPLICATION FOR ORDER UNSEALING CASE AND UNSEALING CASE. (mat) (Entered: 07/24/2023) |
| 07/21/2023 | 13 | NOTICE OF LODGING OF SOUTHERN DISTRICT OF FLORIDA COURT ORDER GRANTING GOVERNMENT'S MOTION FOR STAY filed defendant by Defendant Melanie Harris. (mat) (Entered: 07/24/2023) |
| 07/24/2023 | 5 | TRANSCRIPT ORDER as to Defendant Melanie Harris DCN number: R23FLS11002–749 for Court Smart (CS). Order for: Criminal Non Appeal.(apr) (Entered: 07/24/2023) |
| 07/25/2023 | | Notice to Southern District of Florida of a Rule 5 or Rule 32 Initial Appearance as to Defendant Melanie Harris. Your case number is: 23cr60050. The clerk will transmit any restricted document via email. Using your PACER account, you may retrieve the docket sheet and any text–only entries via the case number link. The following document link(s) is also provided: 6 Order on Request for Detention, Initial Appearance – Arrest on Out of District Warrant – Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs–LA@cacd.uscourts.gov. (mat) (Entered: 07/25/2023) |
| 07/25/2023 | 14 | TRANSCRIPT filed as to Defendant Melanie Harris for proceedings held on 07/20/23.Electronic Court Recorder: ECHO REPORTING, INC, phone number (858) 453–7590. Transcript may be viewed at the court public terminal or purchased through |

| | | |
|---|---|---|
| | | the Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 8/15/2023. Redacted Transcript Deadline set for 8/25/2023. Release of Transcript Restriction set for 10/23/2023.(yja) (Entered: 07/25/2023) |
| 07/25/2023 | 15 | NOTICE OF FILING TRANSCRIPT filed as to Defendant Melanie Harris for proceedings 07/20/23 re Transcript 14 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (yja) TEXT ONLY ENTRY (Entered: 07/25/2023) |