FILED BY _____ **JBS** _____ D.C.

**Aug 4, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff(s),

vs.

Melanie Harris

Defendant(s).

Case Number: 5:23-MJ-00356

**FINAL COMMITMENT AND WARRANT OF REMOVAL**

Southern District of Florida
at Miami
*(City)*

### To: United States Marshal for the Central District of California

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

☑ Indictment  (SUPERSDEDING)

☑ charging her with: Communication of a Threat to Injure; Repeatedly Making and Communicating Harassing Calls

☑ in violation of Title 18 USC 875(c); 47 USC 223(a)(1)(E)

The defendant has now:

☑ duly waived arrival of process.

☑ duly waived identity hearing before me on 07/20/2023.

☑ Bail has been set at $remain on conditions set in charging district but has not been posted.

08/03/2023
-------------------
Date

Sheri Pym
----------------------------------
United States Magistrate Judge

====================================================================
### RETURN

Received this commitment and designated prisoner on _____, and on
_____, committed him to _____ and
left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____
Date

_____
Deputy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-60050-CR-ALTMAN

FILED

CLERK, U.S. DISTRICT COURT

8/3/2023

CENTRAL DISTRICT OF CALIFORNIA
BY:     KC     DEPUTY

5:23-MJ-00356

UNITED STATES OF AMERICA,

v.

MELANIE HARRIS,

    *Defendant.*

_____/

**AMENDED TRIAL ORDER**

The Defendant, Melanie Harris, has filed a Motion to Continue Trial and Pretrial Deadlines

(the "Motion") [ECF No. 55]. The Government does not oppose the Motion. *Id.* at 5. In the Motion,

the Defendant asks the Court to continue her trial. In support, the Defendant says:

> A continuance will allow time for the Court to resolve the status of Ms. Harris's bond
> and hold a hearing regarding her choice of representation. It will allow defense counsel
> time to re-establish contact with Ms. Harris, and if she is willing, to consult with her on
> the pretrial issues and discovery issues identified by undersigned counsel. Conversely,
> denial of a continuance will prejudice Ms. Harris's defense. First, motions in this case
> are due on August 1, 2023, and Calendar Call is scheduled for August 8, 2023. If the
> Court orders that Ms. Harris be detained pending trial, it is still unclear to the parties
> how long it will take Ms. Harris to be transported from California to south Florida.
> Without the requested continuance, undersigned counsel would be forced to continue
> to act as Ms. Harris's defense counsel in substantive, pretrial matters despite her stated
> desire for different counsel and her inability or unwillingness to communicate with
> undersigned counsel. In short, denial of this motion would deny Ms. Harris reasonable
> time to obtain counsel of her choice and would deny undersigned counsel the
> reasonable time necessary for effective preparation, taking into account the exercise of
> due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In accordance with 18 U.S.C. §
> 3161(h)(7)(A), Ms. Harris, through undersigned counsel, agrees to the exclusion of time
> from the speedy trial period from the granting of this motion to the new trial date in
> September 2023. This motion is filed in good faith and will not cause undue delay.
> During the parties' July 26, 2023 telephonic meet and confer, Government counsel
> indicated that the United States does not oppose this motion.

*Id.* at 4–5.

Having carefully reviewed the Motion, the Court agrees (for the reasons set out in the Motion)

that the parties need and deserve more time. Specifically, the Court finds, under 18 U.S.C. §

3161(h)(7)(A), that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial. The Court further finds that, under Section 3161(h)(7)(B)(i), failure to extend the trial period would result in a miscarriage of justice, and that, under 3161(h)(7)(B)(iv), failure to extend the trial period would "deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

After careful review, therefore, the Motion [ECF No. 55] is **GRANTED**. The period of delay resulting from this continuance—from the day the Motion was filed, July 27, 2023, through the new trial date, August 28, 2023—shall be considered excludable time under the Speedy Trial Act. *See* 18 U.S.C. §§ 3161(h)(7)(A) & 3161(h)(7)(B). This case is thus set for a **Criminal Jury Trial** at 400 N. Miami Avenue, Courtroom 12-4, Miami, Florida, 33128, during the two-week period beginning **August 28, 2023**. A **Calendar Call** will be held at **1:30 p.m. on Tuesday, August 22, 2023**, at the same location. The deadline for the scheduling of guilty pleas is **August 22, 2023**. *See, e.g.*, *United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)). The Defendant's appearance is required **at all hearings**.

It is further **ORDERED** that:

1.   All pre-trial motions and motions *in limine* must be filed by **August 8, 2023**. Each party is limited to one motion *in limine*. If there are multiple defendants, the defendants shall file one combined motion. Motions in *limine* may not, without leave of Court, exceed the page limits allowed by the Local Rules.

2.   All requests for writs *ad testificandum* must be filed no later than 14 business days before the first day of the scheduled trial period.

3.   All responses to the Standing Discovery Order or Local Rule 88.10 shall be provided in a timely fashion in accordance with the dates scheduled by the Magistrate Judge.

Noncompliance with the Standing Discovery Order, the Local Rules, or the Federal Rules of Criminal Procedure may result in sanctions. Any notice submitted under Federal Rule of Evidence 404(b) shall include a specific factual basis for the evidence the Government wants to introduce.

4.  To the extent required by Local Rule 88.9, all motions shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion. Email communications shall not be sufficient to constitute conferral. Counsel must actually speak to one another, either in person or over the phone, in a good faith effort to resolve their disputes.

5.  Counsel shall be prepared to conduct limited *voir dire* after the Court's questioning of the panel. At any time before the **Calendar Call**, each party may file **no more than five** proposed *voir dire* questions for the Court to ask of the venire.

6.  Before the **Calendar Call**, the parties shall submit, in Word format, *via* e-mail to altman@flsd.uscourts.gov, a single set of proposed jury instructions, including substantive charges and defenses, and a verdict form. For instructions on filing proposed documents, please see http://www.flsd.uscourts.gov. Although they need not agree on each proposed instruction, the parties shall submit their proposed jury instructions and verdict form *jointly*. **Where the parties do not agree on a proposed instruction, that instruction shall be set forth in bold type.** <u>**Instructions proposed only by the Government shall be underlined**</u>. *Instructions proposed solely by the defense shall be italicized*. Every instruction must be supported by citations to authority. Any proposed instruction that *modifies* an instruction from the

Eleventh Circuit's Pattern Jury Instructions must *both* note the modification *and* delineate the modification in redline (or track changes).

7. Before the **Calendar Call**, counsel shall file lists of proposed witnesses and exhibits. All exhibits must be pre-labeled in accordance with the proposed exhibit list. Government exhibits shall be designated numerically; defense exhibits will proceed alphabetically.

8. If any party seeks to introduce transcript(s) at the trial, that party shall exchange those transcripts with *all* counsel **before** the **Calendar Call**. If a transcript cannot be agreed upon, each party shall be prepared to produce its own version for the trier of fact.

9. The Government must turn over to defense counsel all Jencks Act[1] material by the day of the **Calendar Call**. The material shall include a face sheet for defense counsel to sign and date, acknowledging receipt.

10. Upon receipt of this Order, counsel for each defendant shall certify with the Court's courtroom deputy whether that Defendant requires the aid of an interpreter. In addition, all parties must notify the Court, at least 24 hours before any hearings or trial, if an interpreter is required.

---

[1] 18 U.S.C. § 3500.

11.    At least **seven days** before the scheduled trial date, defense counsel must make arrangements with the Bureau of Prisons for appropriate clothing for their in-custody clients.

12.    The parties shall comply with Local Rule 88.5, which requires the filing of speedy trial reports every 20 days hereafter until the time of trial or plea.

13.    Local Rule 7.1(a)(2) requires that certain motions be accompanied by proposed orders, which must be filed as attachments to those motions. **FURTHERMORE, PURSUANT TO CM/ECF ADMINISTRATIVE PROCEDURES, PROPOSED ORDERS SHALL BE SUBMITTED TO THE COURT BY E-MAIL IN WORD FORMAT TO** altman@flsd.uscourts.gov.

**DONE AND ORDERED** in the Southern District of Florida on July 28, 2023.

 

 

**HON. ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-60050-RKA

FILED
CLERK, U.S. DISTRICT COURT

8/3/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KC _____ DEPUTY

UNITED STATES OF AMERICA,

5:23-MJ-00356

*v.*

MELANIE HARRIS,

*Defendant.*

_____/

## ORDER FOR COMPETENCY EXAMINATION

The Defendant, Melanie Harris, has filed an Unopposed Motion for Competency Evaluation Pursuant to 18 U.S.C. § 4241 and to Stay All Further Proceedings ("the Motion") [ECF No. 60]. After careful review, the Motion is **GRANTED**, and we **ORDER and ADJUDGE** as follows:

A. Pursuant to Title 18, United States Code, Section 4241(a), we will hold a **Status Hearing re Competency on October 23, 2023, at 11:00 a.m., at the Wilkie D. Ferguson, Jr., Federal Courthouse, 400 N. Miami Avenue, Courtroom 12-4, Miami, Florida,** to determine the Defendant's mental competency;

B. Pursuant to Title 18, United States Code, Sections 4241(b), 4247(b), and 4247(c), a licensed or certified psychiatrist or psychologist at the Federal Detention Center Miami ("FDC") shall conduct a psychiatric examination of the Defendant, prepare a report of his or her examination, provide the report to the Honorable Roy K. Altman, United States District Judge (via email to altman@flsd.uscourts.gov); and provide copies of the report to the attorneys for the Defendant and the Government. Pursuant to Title 18, United States Code, Section 4247(c), the examiner's report shall include:

    (1) the Defendant's history and present symptoms;

    (2) a description of the psychiatric, psychological, and medical tests that were

employed and their results;

        (3)     the examiner's findings; and

        (4)     the examiner's opinions as to diagnosis, prognosis, and whether the Defendant

is suffering from a mental disease or defect that renders him mentally incompetent to the extent that

he is unable to understand the nature and consequences of the proceedings against him or to assist

properly in his defense;

**C.**  The examiner's report shall be completed and sent to the Court, the attorney for the Defendant, and the attorney for the Government by **September 1, 2023**.  If the report is not completed by that date, a representative from the Bureau of Prisons shall submit a letter to the Court providing an update on the examination and a reasonable estimate as to when the report will be completed;

**D.**  Pursuant to Title 18, United States Code, Section 3161(h)(1)(A), the delay resulting from any proceedings or examinations to determine the Defendant's competency shall be excluded from the time within which the trial of any offense in this case must commence.

**IT IS FURTHER ORDERED** that all proceedings in the above-captioned case, including the Government's pending bond appeal [ECF No. 58] and the pending pretrial release violation hearing, are hereby **STAYED** until this Court determines whether the Defendant is competent to proceed. **The Clerk of our Court shall administratively CLOSE this case pending our determination of the Defendant's competency.**

**DONE AND ORDERED** in chambers at Miami, Florida, on August 2, 2023.

 

 

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | 5:23-MJ-00356-DUTY-1 | | Date | August 3, 2023 |
|---|---|---|---|---|

| Present: The Honorable | SHERI PYM, UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Interpreter | n/a |

| Kimberly Carter | RS-CS-146 | Miles Robinson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Melanie Harris (NOT PRESENT) | | | | Charles Eaton, DFPD | X | X | |

**Proceedings:** TELEPHONE CONFERENCE

A Telephone Conference was held in ths matter on August 3, 2023.  The court and counsel conferred regarding the orders filed in the Southern District of Florida on July 28, 2023 and August 2, 2023.  The orders will be filed and made a part of the record in the above entitled case.

The court orders a Warrant of Removal and Final Commitment to issue on August 3, 2023.

| | 00 | : | 09 |
|---|---|---|---|
| Initials of Deputy Clerk | | kc | |

cc:

E. MARTIN ESTRADA
United States Attorney
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch
CORY L. BURLESON (Cal. Bar No. 322239)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6945
    Facsimile: (951) 276-6202
    Email:    Cory.Burleson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED BY ___JBS___ D.C.

Jul 28, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

FILED
CLERK, U.S. DISTRICT COURT

7/21/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

                v.

MELANIE HARRIS,

            Defendant.

ED MJ No. 5:23-MJ-00356-DUTY

NOTICE OF LODGING OF SOUTHERN
DISTRICT OF FLORIDA COURT ORDER
GRANTING GOVERNMENT'S MOTION FOR
STAY

        Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorney Cory L. Burleson,
///
///

hereby lodges the attached ORDER GRANTING GOVERNMENT MOTION FOR STAY, issued by the Honorable Roy K. Altman, United States District Judge for the Southern District of Florida, in <u>United States v. Melanie Harris</u>, case no. 0:23-cr-60050-RKA (ECF 49).

Dated: July 21, 2023                    Respectfully submitted,

                                        E. MARTIN ESTRADA
                                        United States Attorney

                                        SEAN D. PETERSON
                                        Assistant United States
                                        Attorney
                                        Chief, Riverside Branch Office


                                        _____
                                        CORY L. BURLESON
                                        Assistant United States
                                        Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

Attachment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-60050-ALTMAN

UNITED STATES OF AMERICA,

*v.*

MELANIE HARRIS,

    *Defendant.*

_____/

## ORDER

Late last night, the Government filed a Motion for Stay of the Magistrate Judge's Order Setting Conditions of Release and Appearance Bond [ECF No. 47]. In the Motion, the Government explained that a magistrate judge in the Central District of California had ignored our unambiguous instruction that the Defendant be held *without bond. Id.* at 2. We added that instruction to the arrest warrant *we had issued* for a reason: The Defendant—who is charged with threatening to kill and maim a family affected by a mass shooting at a synagogue in Pennsylvania—had been allowed to remain out on bond once before, when she was first arrested in our case. *See* Minute Order for Initial Appearance and Arraignment [ECF No. 21] at 1. That probably wasn't a bond we would have accepted in the circumstances, but no one appealed it, and we let it go. A few weeks after her release, however, the Defendant was arrested by police officers in Riverside, California, on charges of domestic violence, resisting arrest, and assault on a police officer. Motion at 2; *see* Petition for Action on Conditions of Pretrial Release [ECF No. 40]. On top of all this, the U.S. Probation Officer notified us that, because of her erratic and dangerous conduct and (perhaps) some psychotropic drug use, the Defendant had been institutionalized. *See* Violation Memorandum at 2. Hearing all this—and at the request of the

Probation Office—we issued an arrest warrant that, in no uncertain terms, made clear our view that the Defendant should (this time) be held with "no bond." Arrest Warrant [ECF No. 41] at 1.

But, when the Defendant appeared for a bond hearing in the Central District of California, the magistrate judge—seemingly ignoring *both* the facts and circumstances of this case *and* our unambiguous direction—gave the Defendant (essentially) the same bond she had already violated once before. Motion at 3. The Government understandably seeks to appeal that decision and has asked for time to file a brief. *Ibid.* The magistrate judge gave the Government about 24 hours. Finding that time to be entirely insufficient, the Government has asked us to stay the magistrate judge's bond determination until we resolve its forthcoming appeal. *Ibid.* And that sounds fair to us.

We, in short, agree with the Government that, if the Defendant is released, she "will pose an increased danger to the community, including potentially the victims in this case, and there is a risk that she will not voluntarily travel across the country to appear in this district." *Ibid.* That's particularly true now that she's facing "the possibility that this Court will revoke her bond for her new criminal conduct." *Ibid.* After careful review, therefore, we hereby **ORDER** and **ADJUDGE** as follows:

1. The Government's Motion [ECF No. 47] is **GRANTED**.

2. The Magistrate Judge's Order Setting Conditions of Release and Appearance Bond, entered in the Central District of California, is hereby **STAYED** pending our resolution of the Government's forthcoming bond appeal.

3. The Defendant shall remain in pre-trial detention until we resolve that appeal.

4. The Government shall **FILE** a copy of this Order on the docket in the Central

District of California by **July 21, 2023**.

**DONE and ORDERED** in the Southern District of Florida on July 21, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Edward Stamm, AUSA
      Nardia Haye, AUSA
      Andrew Jacobs, Assistant Federal Public Defender
      United States Marshal's Service

07/21/2023

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KC___ DEPUTY

**LODGED**

CLERK, U.S. DISTRICT COURT

7/21/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

1  E. MARTIN ESTRADA
   United States Attorney
2  SEAN D. PETERSON
   Assistant United States Attorney
3  Chief, Riverside Branch
   CORY L. BURLESON (Cal. Bar No. 322239)
4  Assistant United States Attorney
   Riverside Branch Office
5       3403 Tenth Street, Suite 200
        Riverside, California 92501
6       Telephone: (951) 276-6945
        Facsimile: (951) 276-6202
7       Email:     Cory.Burleson@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          ED MJ No. 5:23-MJ-00356-DUTY

13          Plaintiff,                 [PROPOSED] ORDER GRANTING
                                       GOVERNMENT'S UNOPPOSED EX PARTE
14          v.                         APPLICATION FOR ORDER UNSEALING
                                       CASE AND UNSEALING CASE
15  MELANIE HARRIS,

16          Defendant.

17

18      The Court has read and considered the United States' unopposed

19  ex parte application for an order unsealing the above-captioned case.

20  For the reasons stated in the application, the Court grants the

21  United States' application and orders that the above-captioned case

22  be unsealed.

23      IT IS SO ORDERED.

24   _July 21, 2023_____        _____
      DATE
25                                      HONORABLE SHERI PYM
                                        UNITED STATES MAGISTRATE JUDGE
26  Presented by:

27   ____/s/_____
     CORY L. BURLESON
28  Assistant United States Attorney

```
1   E. MARTIN ESTRADA
    United States Attorney
2   SEAN D. PETERSON
    Assistant United States Attorney
3   Chief, Riverside Branch
    CORY L. BURLESON (Cal. Bar No. 322239)
4   Assistant United States Attorney
    Riverside Branch Office
5        3403 Tenth Street, Suite 200
         Riverside, California 92501
6        Telephone: (951) 276-6945
         Facsimile: (951) 276-6202
7        Email:    Cory.Burleson@usdoj.gov
8
    Attorneys for Plaintiff
9   UNITED STATES OF AMERICA
```

**FILED**
CLERK, U.S. DISTRICT COURT

7/21/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ jb ___ DEPUTY

```
10                  UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12   UNITED STATES OF AMERICA,        ED MJ No. 5:23-MJ-00356-DUTY

13          Plaintiff,                GOVERNMENT'S UNOPPOSED EX PARTE
                                      APPLICATION FOR ORDER UNSEALING
14          v.                        CASE

15   MELANIE HARRIS,

16
17          Defendant.
18
```

```
19
20        Plaintiff United States of America, by and through its counsel

21   of record, the United States Attorney for the Central District of

22   California and Assistant United States Attorney Cory L. Burleson,

23   hereby applies ex parte for an order unsealing the above-captioned

24   case.

25        On July 20, 2023, defendant appeared before the Honorable Sheri

26   Pym, United States Magistrate Judge, in the Central District of

27   California in the above-captioned case.  Defendant appeared in the

28   Central District of California following an allegation that she
```

1    violated the terms and conditions of her pretrial release in a case

2    pending against her in the United States District Court for the

3    Southern District of Florida, United States v. Melanie Harris, case

4    no. 0:23-cr-60050-RKA (the "SDFL case").

5        This Court granted defendant's release on bond but stayed that

6    order at the United States' request until 3:00 p.m., on July 21,

7    2023.

8        On July 20, 2023, in the SDFL case, the United States filed a

9    Motion for Stay of Magistrate Judge's Order Setting Conditions of and

10   Appearance Bond.  On July 21, 2023, the Honorable Roy K. Altman,

11   United States District Judge for the Southern District of Florida,

12   who is presiding over the SDFL case, issued a text entry order

13   granting the United States' motion for a stay.  Subsequently, Judge

14   Altman issued a written order granting the stay, which also ordered

15   the United States to file a copy of the written order on the docket

16   in the above-captioned case.

17       The case and docket in this matter are currently sealed.  The

18   United States requests that this Court issue an order unsealing the

19   case, so that the United States can comply with Judge Altman's

20   written order.  Additionally, the United States requests that the

21   case be unsealed so that it may request a transcript/recording of

22   yesterday's bond hearing, which the United States needs in the SDFL

23   case to appeal the order granting defendant's release on bond.

24   ///

25   ///

26

27

28

1    In accordance with Local Rules, before filing this application,

2  counsel for the United States contacted defendant's counsel, Deputy

3  Public Defender Charles Eaton, regarding this application.  Defense

4  counsel does not object to this case being unsealed.

5    Accordingly, the United States respectfully requests that the

6  Court enter an order unsealing the above-captioned case.  A proposed

7  order is submitted herewith.

8  Dated: July 21, 2023              Respectfully submitted,

9                                    E. MARTIN ESTRADA
                                     United States Attorney
10
                                     SEAN D. PETERSON
11                                   Assistant United States
                                     Attorney
12                                   Chief, Riverside Branch Office

13

14                                   _____
                                     CORY L. BURLESON
15                                   Assistant United States
                                     Attorney

16                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28

Case 5:23-cr-00356-JGB Document 5-8 Filed 07/28/23 Page 20 of 40



FILED
CLERK, U.S. DISTRICT COURT

JUL 20 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America,

                                          Plaintiff,

                    v.

Melanie Harris

                                          Defendant.

**CASE NUMBER:**

23 – CR – 356

**ADVISEMENT OF
DEFENDANT'S STATUTORY &
CONSTITUTIONAL RIGHTS**

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

**IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT**

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

**IF YOU ARE CHARGED WITH A VIOLATION OF
YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION**

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

*continued on Page 2*

## IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

## IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

## ACKNOWLEDGMENT OF DEFENDANT:

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: 7/19/23 _____   _____ *Melanie Harris*
_____
Signature of Defendant

*[or]*

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____   _____
Signature of Defendant

## STATEMENT OF THE INTERPRETER:

I have translated this Advisement of Rights to the Defendant in the _____ language.

Dated: _____   _____
Signature of Interpreter

_____
Print Name of Interpreter

## STATEMENT OF COUNSEL:

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: 7/19/23 _____   _____
Signature of Attorney

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT

JUL 20 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES OF AMERICA,

                                    PLAINTIFF

v.

Melanie Harris

                                    DEFENDANT.

CASE NUMBER:

23 - MJ - 356

**WAIVER OF RIGHTS**
**(OUT OF DISTRICT CASES)**

I understand that charges are pending in the _____So_____ District of _____FL_____ alleging violation of _____18 USC ~~3583~~ 3148_____ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
   (1)    have an identity hearing to determine whether I am the person named in the charges;
   (2)    arrival of process;

*-Check one only-*

☐    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
   (3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
   (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**
   (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**
   ☑    have an identity hearing
   ☑    arrival of process
   ☐    have a preliminary hearing
   ☐    have an identity hearing, and I have been informed that I have no right to a preliminary hearing
   ☐    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____Melanie Harris_____
Defendant

_____
Defense Counsel

Date: _7/19/23_

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____                    _____
                                         Interpreter(if required)

M-14 (09/09)                    WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

FILED
CLERK, U.S. DISTRICT COURT

JUL 20 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Melanie Harris<br><br>DEFENDANT. | CASE NUMBER:<br><br>23 - MJ - 356<br><br>**DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |

I, _____ Melanie Harris _____ , declare that
*(Defendant/Material Witness)*

☑ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __19th__ day of __July__ , 20 __23__
at __Riverside     CA__
*(City and State)*

_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:

I, _____ , am fluent in written and spoken English and _____

languages. I accurately translated this form from English into _____

to declarant _____ on this date.

Date: _____

_____
*Interpreter*

CR-37 (05/15)          DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Melanie Harris

Defendant.

Eastern Division

Case Number: 5:23-MJ-00356
Initial App. Date: 07/20/2023
Initial App. Time: 2:00 PM

Out of District Affidavit
Custody

Date Filed: 07/20/2023
Violation: 18:3148
CourtSmart/ Reporter *Syble Smith*

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Sheri Pym | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

| PRESENT: | Carter, Kimberly | *Cory Burkson* | None |
|---|---|---|---|
| | Deputy Clerk | Assistant U.S. Attorney | Interpreter/Language |

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations, see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
    ☑ preliminary hearing OR ☑ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.

☑ Attorney: Charles Eaton, DFPD ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
    ☐ Special appearance by: _____

☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED *Pending Stay.*

☑ Contested detention hearing is held. ☑ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order).

☐ BAIL FIXED AT $_____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
    District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at 4:30 PM _____

☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☑ Defendant executed Waiver of Rights. ☐ Process received.

☑ Court ORDERS defendant Held to Answer to *Southern* District of *Florida*
    ☑ Bond to transfer, if bail is posted. Defendant to report on or before *n/t 8/5/2023*
    ☐ Warrant of removal and final commitment to issue. Date issued _____ By CRD: _____
    ☐ Warrant of removal and final commitment are ordered stayed until _____

☐ Case continued to (Date) _____ (Time) _____ AM / PM
    Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
    Proceedings will be held in the ☐ Duty Courtroom ☐ Judge's Courtroom

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ RELEASE ORDER NO: _____

☑ Other: _____

☑ PSA ☐ USPO ☑ FINANCIAL ☑ CR-10 ☐ CR-29 ☑ READY

Deputy Clerk Initials: *KC Yomnuts*

*BOND STAYED until 5:00pm on 7/21/2023*

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **Melanie Harris**        Case No. 5:23-MJ-00356

■ Defendant    ☐ Material Witness

Violation of Title and Section: *18 USC 3148*

☐ Summons    ■ Out of District    ☐ **UNDER SEAL**    ☐ Modified Date:

---

*Check only one of the five numbered boxes below and any appropriate lettered box (unless one bond is to be replaced by another):*

1. ☐ Personal Recognizance *(Signature Only)*

2. ☐ Unsecured Appearance Bond
   $

3. ☐ Appearance Bond
   (a). ☐ Cash Deposit *(Amount or %) (Form CR-7)*
   (b). ☐ Affidavit of Surety Without Justification *(Form CR-4)* Signed by:

*Remain on conditions previously set in the Southern District of Florida with additional conditions set today SEE Page 2*

(c). ☐ Affidavit of Surety With Justification *(Form CR-3)* Signed by:

☐ With Full Deeding of Property:

4. ☐ Collateral Bond in the Amount of *(Cash or Negotiable Securities):*
   $

5. ☐ Corporate Surety Bond in the Amount of:
   $

Release Date: _____

☐ Released by: _____ / _____
   *(Judge / Clerk's Initials)*

☐ Release to U.S. Probation and Pretrial Services ONLY

☐ Forthwith Release

☐ All Conditions of Bond *(Except Clearing-Warrants Condition)* Must be Met and Posted by:

☐ Third-Party Custody Affidavit *(Form CR-31)*

■ Bail Fixed by Court:
   SP _____ / KC
   *(Judge / Clerk's Initials)*

---

## PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).

☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☐ Submit to United States Probation and Pretrial Services supervision as directed by Supervising Agency.

☐ Surrender all passports and travel documents to Supervising Agency no later than _____, sign a Declaration re Passport and Other Travel Documents *(Form CR-37)*, and do not apply for a passport or other travel document during the pendency of this case.

☐ Travel is restricted to _____ unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel as well as for any domestic travel if the defendant is in a Location Monitoring Program or as otherwise provided for below.

☐ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

Defendant's Initials: *MH*    Date: 7/19/23

CR-1 (12/22)        CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM        PAGE 1 OF 6

**Case Name:** United States of America v. Melanie Harris      Case No. 5:23-MJ-00356

■ Defendant    ☐ Material Witness

☐ Maintain or actively seek employment unless excused by Supervising Agency for schooling, training, or other reasons approved by Supervising Agency. Verification to be provided to Supervising Agency. ☐ Employment to be approved by Supervising Agency.

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ ; ☐ except for _____.

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may have contact with the following codefendants without your counsel present: _____.

☐ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ Surrender any such item as directed by Supervising Agency by _____ and provide proof to Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☐ Do not use or possess any identification, mail matter, access device (including, but not limited to, credit and debit cards), or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency.

     ☐ In order to determine compliance, you agree submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____.

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol. ☐ Submit to alcohol testing. If directed to do so, participate in outpatient treatment as approved by Supervising Agency. Testing may include any form of prohibited-substance screening or testing. You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency.

☒ Do not use or possess illegal drugs or state-authorized marijuana. ☒ Submit to drug testing. Testing may include any form of prohibited-substance screening or testing. You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency. If directed to do so, participate in outpatient treatment as approved by Supervising Agency.

     ☒ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☒ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or any street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☐ Participate in residential substance abuse treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to Supervising Agency only.**

☐ Participate in mental health treatment, which may include evaluation, counseling, or treatment as directed by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

Defendant's Initials: _MH_    Date: _7/19/23_

**Case Name:** United States of America v. <u>Melanie Harris</u>          Case No. <u>5:23-MJ-00356</u>

■ Defendant          ☐ Material Witness

☐ Participate in the Location Monitoring Program marked below and abide by all of the requirements of the program and any indicated restrictions, under the direction of the Supervising Agency. You must pay all or part of the costs of the program based upon your ability to pay as determined by the Supervising Agency. You are financially responsible for any lost or damaged equipment.

**1. Location Monitoring Restrictions (Select One)**

   ☐ **Location Monitoring only - no residential restrictions**

   ☐ **Curfew:** Curfew requires you to remain at home during set time periods. **(Select One)**
       ☐ As directed by Supervising Agency; **or**
       ☐ You are restricted to your residence every day from _____ to _____

   ☐ **Home Detention:** Home detention requires you to remain at home at all times except for employment, education, religious services, medical needs or treatment, attorney visits, court appearances and obligations, essential needs, and _____, all of which must be preapproved by the Supervising Agency.

   ☐ **Home Incarceration:** Home Incarceration requires you to be at home 24 hours a day except for medical needs or treatment, attorney visits, court appearances or obligations, and _____, all of which must be preapproved by Supervising Agency.

**2. Location Monitoring Technology (Select One)**

   ☐ Location Monitoring technology at the discretion of the Supervising Agency. (If checked, skip to 3)

   ☐ Location Monitoring **with** an ankle monitor (Select one below)
       ☐ at the discretion of the Supervising Agency **or**
       ☐ Radio Frequency (RF) **or**
       ☐ Global Positioning System (GPS)

**or**

   ☐ Location Monitoring **without** an ankle monitor (Select one below)
       ☐ at the discretion of the Supervising Agency **or**
       ☐ Virtual/Biometric (smartphone required to participate) **or**
       ☐ Voice Recognition (landline required to participate)

**3. Location Monitoring Release Instructions (Select One)**

   ☐ Release to Supervising Agency only **or** ☐ Enroll in the location monitoring program within 24 hours of release.

☐ You are placed in the third-party custody (*Form CR-31*) of _____

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within _____ days of release from custody.

Defendant's Initials: *M H*          Date: 7/9/23

CR-1 (12/22)          CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM          PAGE 3 OF 6

**Case Name:** United States of America v. <u>Melanie Harris</u>     Case No. <u>5:23-MJ-00356</u>

■ Defendant     ☐ Material Witness

☐ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to Supervising Agency upon commencement of supervision. You must disclose any new devices, accounts, application, passwords, or passcodes to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view, obtain, store, or transmit digital data. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

☐ All digital devices will be subject to monitoring by Supervising Agency. You must comply with the rules and regulations of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☐ Do not use or possess more than one virtual currency wallet/account, and that one wallet/account must be used for all virtual currency transactions. Do not obtain or open a virtual currency wallet/account without prior approval of Supervising Agency. You must disclose all virtual currency wallets/accounts to Supervising Agency when supervision starts and must make them available to Supervising Agency upon request. You may use or possess only open public blockchain virtual currencies and are prohibited from using private blockchain virtual currencies unless prior approval is obtained from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including computer hardware and software, which may be in conjunction with law enforcement.

### Cases Involving a Sex-Offense Allegation

☐ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to Supervising Agency upon commencement of supervision. You must disclose any new devices, accounts, application, passwords, or passcodes to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view, obtain, store, or transmit visual depictions of sexually explicit conduct involving children. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

☐ All digital devices will be subject to monitoring by Supervising Agency. You must comply with the rules and regulations of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person under the age of 18 except in the presence of the parent or legal guardian of the minor after you have notified the parent or legal guardian of the pending charges or convictions involving a sex offense and only as authorized by Supervising Agency

☐ Do not enter or loiter within 100 feet of schoolyards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, amusement and theme parks, or other places frequented by persons under the age of 18 and only as authorized to do so by Supervising Agency.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica, including but not limited to pictures, photographs, books, writings, drawings, or videos depicting or describing child pornography. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including computer hardware and software, by Supervising Agency, which may be in conjunction with law enforcement..

Defendant's Initials: <u>M H</u>     Date: <u>7/19/23</u>

**Case Name:** United States of America v. <u>**Melanie Harris**</u>     Case No.   5:23-MJ-00356

☒ Defendant    ☐ Material Witness

☐ Other conditions:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform United States Probation and Pretrial Services and my counsel of any change in my contact information, including my residence and telephone number, including cell phone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.  I will inform Supervising Agency of law enforcement contact within 72 hours of being arrested or questioned by a law enforcement officer.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: _M H_    Date: _7/19/23_

**Case Name:** United States of America v. **Melanie Harris**          Case No. **5:23-MJ-00356**

☑ Defendant          ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

_7/19/23_          _Melanie Harris_          _951 500 6609_
Date                              Signature of Defendant / Material Witness                    Telephone Number

_Riverside, California_
City and State (**DO NOT INCLUDE ZIP CODE**)

☐ **Check if interpreter is used**: I have interpreted into the _____ language this entire form
and have been told by the defendant that he or she understands all of it.

_____          _____
Interpreter's Signature                                                        Date

Approved: _____          _____
                    _United States District Judge / Magistrate Judge_                          Date

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: _MH_   Date: _7/19/23_

FILED

July 20, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KC _____ DEPUTY

1  E. MARTIN ESTRADA
   United States Attorney
2  SEAN D. PETERSON
   Assistant United States Attorney
3  Chief, Riverside Branch
   CORY L. BURLESON (Cal. Bar No. 322239)
4  Assistant United States Attorney
   Riverside Branch Office
5       3403 Tenth Street, Suite 200
        Riverside, California 92501
6       Telephone:  (951) 276-6945
        Facsimile:  (951) 276-6202
7       Email:      Cory.Burleson@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10              UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          Case No. 5:23-MJ-00356-DUTY

13            Plaintiff,               GOVERNMENT'S NOTICE OF REQUEST
                                       FOR DETENTION
14            v.

    MELANIE HARRIS,
15
              Defendant.
16

17

18        Plaintiff, United States of America, by and through its

19  counsel of record, hereby requests detention of defendant and gives

20  notice of the following material factors:

21  _____  1.  Temporary 10-day Detention Requested (§ 3142(d)) on the

22              following grounds:

23        _____  a. present offense committed while defendant was on

24              release pending (felony trial), (sentencing),

25              (appeal), or on (probation) (parole); or

26

27

28

                              1

```
 1              _____  b. defendant is an alien not lawfully admitted for
 2                          permanent residence; and
 3              _____  c. defendant may flee; or
 4              _____  d. pose a danger to another or the community.
 5   X    ____  2. Pretrial Detention Requested (§ 3142(e)) because no
 6                  condition or combination of conditions will reasonably
 7                  assure:
 8        X    ____  a. the appearance of the defendant as required;
 9        X    ____  b. safety of any other person and the community.
10        _____  3. Detention Requested Pending Supervised Release/Probation
11                    Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18
12                    U.S.C. § 3143(a)):
13        _____  a.  defendant cannot establish by clear and convincing
14                       evidence that he/she will not pose a danger to any
15                       other person or to the community;
16        _____  b. defendant cannot establish by clear and convincing
17                       evidence that he/she will not flee.
18        _____  4. Presumptions Applicable to Pretrial Detention (18 U.S.C.
19                    § 3142(e)):
20        _____  a. Title 21 or Maritime Drug Law Enforcement Act
21                       ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with
22                       10-year or greater maximum penalty (presumption of
23                       danger to community and flight risk);
24        _____  b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or
25                       2332b(g)(5)(B) with 10-year or greater maximum
26                       penalty (presumption of danger to community and
27                       flight risk);
28
```

1        _____ c. offense involving a minor victim under 18 U.S.C. §§

2                1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

3                2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

4                2260, 2421, 2422, 2423 or 2425 (presumption of

5                danger to community and flight risk);

6        _____ d. defendant currently charged with an offense

7                described in paragraph 5a - 5e below, <u>AND</u> defendant

8                was previously convicted of an offense described in

9                paragraph 5a - 5e below (whether Federal or

10                State/local), <u>AND</u> that previous offense was

11                committed while defendant was on release pending

12                trial, <u>AND</u> the current offense was committed within

13                five years of conviction or release from prison on

14                the above-described previous conviction (presumption

15                of danger to community).

16 <u>X</u>    5. <u>Government Is Entitled to Detention Hearing Under §</u>

17              <u>3142(f) If the Case Involves</u>:

18        _____ a. a crime of violence (as defined in 18 U.S.C. §

19                3156(a)(4)) or Federal crime of terrorism (as

20                defined in 18 U.S.C. § 2332b(g)(5)(B)) for which

21                maximum sentence is 10 years' imprisonment or more;

22        _____ b. an offense for which maximum sentence is life

23                imprisonment or death;

24        _____ c. Title 21 or MDLEA offense for which maximum sentence

25                is 10 years' imprisonment or more;

26

27

28

```
 1            _____  d. any felony if defendant has two or more convictions
 2                   for a crime set forth in a-c above or for an offense
 3                   under state or local law that would qualify under a,
 4                   b, or c if federal jurisdiction were present, or a
 5                   combination or such offenses;
 6            _____  e. any felony not otherwise a crime of violence that
 7                   involves a minor victim or the possession or use of
 8                   a firearm or destructive device (as defined in 18
 9                   U.S.C. § 921), or any other dangerous weapon, or
10                   involves a failure to register under 18 U.S.C. §
11                   2250;
12       X    _____  f. serious risk defendant will flee;
13            _____  g. serious risk defendant will (obstruct or attempt to
14                   obstruct justice) or (threaten, injure, or
15                   intimidate prospective witness or juror, or attempt
16                   to do so).
17  _____  6. Government requests continuance of _____ days for
18          detention hearing under § 3142(f) and based upon the
19          following reason(s):
20          _____
21          _____
22          _____
23          _____
24  //
25  //
26  //
27
28
```

```
1        _____  7. Good cause for continuance in excess of three days exists

2                in that:

3                _____

4                _____

5                _____

6                _____

7

8    Dated: July 20, 2023              Respectfully submitted,

9                                      E. MARTIN ESTRADA
                                       United States Attorney
10
                                       SEAN D. PETERSON
11                                     Assistant United States Attorney
                                       Chief, Riverside Branch Office
12

13                                            /s/
                                       _____
14                                     CORY L. BURLESON
                                       Assistant United States Attorney
15
                                       Attorneys for Plaintiff
16                                     UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28
```

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

**FILED**

2023 JUL 20  AM 8: 5 1

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
AP

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: | |
|---|---|---|
| V.          PLAINTIFF | 5:23-mj-00356 | 13C 0:23CR60050-1 |
| Melanie Harris | **REPORT COMMENCING CRIMINAL ACTION** | |
| USMS# _____  DEFENDANT | | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on July 20, 2023 ____ at 7:20 ☑ AM ☐ PM
   or

   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☑ Yes   ☐ No

4. Charges under which defendant has been booked:

   Title 18 U.S.C. section 3148

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth:   1965

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Andrew Jacobs          Phone Number: 305-533-4201

9. Name of Pretrial Services Officer notified:   duty

10. Remarks (if any): _____

11. Name: _____ (please print)

12. Office Phone Number: 424-220-9572     13. Agency: FBI

14. Signature: _____     15. Date: 7/20/23

CR-64 (09/20)          **REPORT COMMENCING CRIMINAL ACTION**

FILED  Reset Form

2023 JUL 20  AM 8: 51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____ _AP_

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | **CASE NUMBER** | 5:23-mj-00356 |
| PLAINTIFF(S)<br><br>v. | 113C 0:23CR60050-1 | |
| Harris, Melanie | | |
| DEFENDANT(S). | **DECLARATION RE**<br>**OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: _____

in the Sothern _____ District of Florida _____ on June 30, 2023

at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about June 9, 2023

in violation of Title 18 _____ U.S.C., Section(s) 3148

to wit: Bond Violation _____

A warrant for defendant's arrest was issued by: Warren Conday

Bond of $ 50,000 _____ was ☒ set / ☐ recommended.

Type of Bond: Personal surety Bond

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/20/23
_____
Date

_____
Signature of Agent

Stephen Harrison
Print Name of Agent

FBI
_____
Agency

Special Agent
Title

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
## CRIMINAL DOCKET FOR CASE #: 5:23–mj–00356–DUTY All Defendants

Case title: USA v. Harris

Date Filed: 07/20/2023

Date Terminated: 07/21/2023

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Melanie Harris**
*TERMINATED: 07/21/2023*

represented by **Charles Eaton**
Federal Public Defenders Office
Riverside Office
3801 University Avenue Suite 700
Riverside, CA 92501
951–276–6226
Fax: 951–276–6368
Email: charles_eaton@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**

represented by **US Attorney's Office**
AUSA – Office of US Attorney
Criminal Division – US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012–4700
213–894–2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|

| 07/20/2023 | 1 | AFFIDAVIT RE: OUT–OF–DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Melanie Harris, originating in the Southern District of Florida. Defendant charged in violation of: 18:3148. Signed by agent Stephen Harrison, FBI SPECIAL AGENT. filed by plaintiff USA. (mat) (Entered: 07/24/2023) |
| 07/20/2023 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Melanie Harris; defendants Year of Birth: 1965; date of arrest: 7/20/2023 (mat) (Entered: 07/24/2023) |
| 07/20/2023 | 3 | Defendant Melanie Harris arrested on warrant issued by the USDC Southern District of Florida at Miami. (Attachments: # 1 Charging Document)(mat) (Entered: 07/24/2023) |
| 07/20/2023 | 4 | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Melanie Harris. (mat) (Entered: 07/24/2023) |
| 07/20/2023 | 6 | MINUTES OF granting 4 REQUEST for Detention as to Melanie Harris (1); ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Sheri Pym as to Defendant Melanie Harris. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21–02 (written order). Contested detention hearing held. Defendant arraigned and states true name is as charged. Attorney: Charles Eaton for Melanie Harris, Deputy Federal Public Defender, present. Court orders defendant Temporarily detained, Pending Stay. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Southern District of Florida. Bond to Transfer. Defendant ordered to report on 8/5/23. Court Smart: 7/20/23. (mat) (Entered: 07/24/2023) |
| 07/20/2023 | 7 | FINANCIAL AFFIDAVIT filed as to Defendant Melanie Harris. (Not for Public View pursuant to the E–Government Act of 2002) (mat) (Entered: 07/24/2023) |
| 07/20/2023 | 8 | DECLARATION RE: PASSPORT filed by Defendant Melanie Harris, declaring that I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case. (mat) (Entered: 07/24/2023) |
| 07/20/2023 | 9 | WAIVER OF RIGHTS approved by Magistrate Judge Sheri Pym as to Defendant Melanie Harris. (mat) (Entered: 07/24/2023) |
| 07/20/2023 | 10 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Melanie Harris. (mat) (Entered: 07/24/2023) |
| 07/21/2023 | 11 | GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER UNSEALING CASE, Filed by Plaintiff USA as to Defendant Melanie Harris. (mat) (Entered: 07/24/2023) |
| 07/21/2023 | 12 | ORDER by Magistrate Judge Sheri Pym: granting 11 EX PARTE APPLICATION GRANTING GOVERNMENTS UNOPPOSED EX PARTE APPLICATION FOR ORDER UNSEALING CASE AND UNSEALING CASE. (mat) (Entered: 07/24/2023) |
| 07/21/2023 | 13 | NOTICE OF LODGING OF SOUTHERN DISTRICT OF FLORIDA COURT ORDER GRANTING GOVERNMENT'S MOTION FOR STAY filed defendant by Defendant Melanie Harris. (mat) (Entered: 07/24/2023) |
| 07/24/2023 | 5 | TRANSCRIPT ORDER as to Defendant Melanie Harris DCN number: R23FLS11002–749 for Court Smart (CS). Order for: Criminal Non Appeal.(apr) (Entered: 07/24/2023) |
| 07/25/2023 | | Notice to Southern District of Florida of a Rule 5 or Rule 32 Initial Appearance as to Defendant Melanie Harris. Your case number is: 23cr60050. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text–only entries via the case number link. The following document link(s) is also provided: 6 Order on Request for Detention, Initial Appearance – Arrest on Out of District Warrant – Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs–LA@cacd.uscourts.gov. (mat) (Entered: 07/25/2023) |
| 07/25/2023 | 14 | TRANSCRIPT filed as to Defendant Melanie Harris for proceedings held on 07/20/23.Electronic Court Recorder: ECHO REPORTING, INC, phone number (858) 453–7590. Transcript may be viewed at the court public terminal or purchased through |

| | | the Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 8/15/2023. Redacted Transcript Deadline set for 8/25/2023. Release of Transcript Restriction set for 10/23/2023.(yja) (Entered: 07/25/2023) |
|---|---|---|
| 07/25/2023 | 15 | NOTICE OF FILING TRANSCRIPT filed as to Defendant Melanie Harris for proceedings 07/20/23 re Transcript 14 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (yja) TEXT ONLY ENTRY (Entered: 07/25/2023) |