**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-60050-RKA**

**UNITED STATES OF AMERICA,**

v.

**MELANIE HARRIS,**

    *Defendant.*

_____/

**ORDER FOR COMPETENCY EXAMINATION**

The Defendant, Melanie Harris, has filed an Unopposed Motion for Competency Evaluation Pursuant to 18 U.S.C. § 4241 and to Stay All Further Proceedings ("the Motion") [ECF No. 60]. After careful review, the Motion is **GRANTED**, and we **ORDER and ADJUDGE** as follows:

**A.** Pursuant to Title 18, United States Code, Section 4241(a), we will hold a **Status Hearing re Competency on October 23, 2023, at 11:00 a.m., at the Wilkie D. Ferguson, Jr., Federal Courthouse, 400 N. Miami Avenue, Courtroom 12-4, Miami, Florida,** to determine the Defendant's mental competency;

**B.** Pursuant to Title 18, United States Code, Sections 4241(b), 4247(b), and 4247(c), a licensed or certified psychiatrist or psychologist at the Federal Detention Center Miami ("FDC") shall conduct a psychiatric examination of the Defendant, prepare a report of his or her examination, provide the report to the Honorable Roy K. Altman, United States District Judge (via email to altman@flsd.uscourts.gov); and provide copies of the report to the attorneys for the Defendant and the Government. Pursuant to Title 18, United States Code, Section 4247(c), the examiner's report shall include:

    (1)    the Defendant's history and present symptoms;

    (2)    a description of the psychiatric, psychological, and medical tests that were

employed and their results;

    (3)    the examiner's findings; and

    (4)    the examiner's opinions as to diagnosis, prognosis, and whether the Defendant is suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

**C.** The examiner's report shall be completed and sent to the Court, the attorney for the Defendant, and the attorney for the Government by **September 1, 2023**. If the report is not completed by that date, a representative from the Bureau of Prisons shall submit a letter to the Court providing an update on the examination and a reasonable estimate as to when the report will be completed;

**D.** Pursuant to Title 18, United States Code, Section 3161(h)(1)(A), the delay resulting from any proceedings or examinations to determine the Defendant's competency shall be excluded from the time within which the trial of any offense in this case must commence.

**IT IS FURTHER ORDERED** that all proceedings in the above-captioned case, including the Government's pending bond appeal [ECF No. 58] and the pending pretrial release violation hearing, are hereby **STAYED** until this Court determines whether the Defendant is competent to proceed. **The Clerk of our Court shall administratively CLOSE this case pending our determination of the Defendant's competency.**

**DONE AND ORDERED** in chambers at Miami, Florida, on August 2, 2023.

                        **ROY K. ALTMAN**
                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record